**FILED**
June 26, 2020
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TRACY WHITFIELD<br><br>　　　　　Defendant. | Case No.  2:20-cr-00105-KJM-4<br><br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:　　UNITED STATES MARSHAL:

This is to authorize and direct you to release TRACY WHITFIELD Case No. 2:20-cr-00105-KJM-4  Charges 18 USC § 922(j), 922(u) from custody for the following reasons:

　　　　　__X__　Release on Personal Recognizance

　　　　　_____　Bail Posted in the Sum of $ _____

　　　　　　　　_____ Unsecured Appearance Bond $ _____

　　　　　　　　_____ Appearance Bond with 10% Deposit

　　　　　　　　_____ Appearance Bond with Surety

　　　　　　　　_____ Corporate Surety Bail Bond

　　　　　　　　_____ (Other): Pretrial release conditions as stated on the record in open court.

Issued at Sacramento, California on June 26, 2020 at 2:00 PM

Dated:  June 26, 2020

　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　DEBORAH BARNES
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE