Michael E. Hansen [SBN 191737]
Attorney-at-Law
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711
Fax 916.864.1359

Attorney for Defendant
TRACY WHITFIELD

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>TRACY WHITFIELD,<br><br>　　　　Defendant. | Case No.: 2:20-CR-00105-KJM<br><br>**STIPULATION AND ORDER MOFIFYING PRETRIAL RELEASE CONDITIONS** |

　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Justin Lee, Assistant United States Attorney, attorney for plaintiff, and Michael E. Hansen, attorney for defendant TRACY WHITFIELD, to modify the pretrial release conditions for Ms. Whitfield, <u>deleting</u> the following:

　　　　　Condition 10. You must submit to drug and/or alcohol testing as approved by the pretrial services officer. You must pay all or part of the costs of the testing services based upon your ability to pay, as determined by the pretrial services officer.

　　　The request is made because Pretrial Services is recommending the drug testing condition be removed considering the defendant has tested negative for illegal drug use for over a year now, is doing well under supervision, and continues to comply with her conditions of release.

　　　The government concurs with the request.

**Pretrial Release Conditions Modification**

Dated: November 10, 2021               Respectfully submitted,

                                              /s/ Michael E. Hansen
MICHAEL E. HANSEN
Attorney for Defendant
TRACY WHITFIELD

Dated: November 10, 2021               Phillip Talbert
Acting United States Attorney

By: /s/ Michael E. Hansen for
Justin Lee
Assistant U.S. Attorney
Attorney for Plaintiff

## ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court orders modification and deletion of pretrial release conditions as follows:

Condition 10. You must submit to drug and/or alcohol testing as approved by the pretrial services officer. You must pay all or part of the costs of the testing services based upon your ability to pay, as determined by the pretrial services officer.

IT IS SO ORDERED.

Dated: November 10, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

**Pretrial Release Conditions Modification**